# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

1336930

**FILED**
JUN 1 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

AUSA Rod 6/11/07

UNITED STATES OF AMERICA
v.
TERRY LEE PARKER

**WARRANT FOR ARREST**

Case No. 2:07-MJ00195 DAD

07 JUN 12 AM 9:52 RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest **TERRY LEE PARKER**

and bring him or her forthwith to the nearest magistrate to answer a **complaint**

charging him or her with (brief description of offenses)

- on April 29, 2007, knowingly and unlawfully executing a scheme to commit bank fraud in violation of 18 USC 1344(2);
- on April 29, 2007, knowingly transfering, possessing, and using means of i.d. of another with intent to commit bank fraud, in violation of 18 USC 1344(2) and 18 USC 1028 A(a)(1) (aggravated i.d. theft);
- on April 29, 2007, knowingly and unlawfully using, without lawful authority, a means of i.d. of another to commit a felony violation of state law, namely commercial burglary, in violation of 18 USC 1028(a)(7) and CPC 459;
- on May 4, 2007, knowingly and unlawfully executing a scheme to commit bank fraud in violation of 18 USC 1344(2);
- on May 4, 2007, knowingly transfering, possessing, and using means of i.d. of another with intent to commit bank fraud, in violation of 18 USC 1344(2) and 18 USC 1028 A(a)(1) (aggravated i.d. theft);
- on May 4, 2007, knowingly and unlawfully using, without lawful authority, a means of i.d. of another to commit a felony violation of state law, namely commercial burglary, in violation of 18 USC 1028(a)(7) and CPC 459;
- on May 10, 2007, knowingly possessing stolen U.S. Mail in violation of 18 USC 1708;
- on May 10, 2007, knowingly possessing five or more i.d. documents or identification features of another in violation of 18 USC 1028 (a)(3); and
- from on or about April 29, 2007 through May 23, 2007, conspire to commit such in violation of 18 USC 371;

all in violation of Title **18** United States Code sections 2, 371, 1028(a)(1), 1028A(a)(1), 1028(a)(3), 1344(2) and 1708

DALE A. DROZD
Name of Issuing Officer

_Dale A. Drozd_
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

June 11, 2007 at Sacramento,
Date and Location

Bail fixed at $ no bail pending hearing by DALE A. DROZD,
U.S. Magistrate Judge

_Dale A. Drozd_
Name of Judicial Officer

DATE RCVD: 6/12/07
DATE ARRESTED:

PRINTED NAME: Troy Dickinson, Postal Inspector
SIGNATURE: _Troy Dickinson_